MEMO ENDORSED



Shamis & Gentile, P.A.
14 NE 1st Ave, Suite 705 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

November 17, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2025
```

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

    **Re:**   *Tanilli v. Moinian Development Group, LLC*, No. 1:25-cv-07898

Dear Judge Caproni:

    Undersigned counsel represents Plaintiff Maria Tanilli ("Plaintiff") in this Action. Pursuant to this Court's Individual Practices in Civil Cases, Section 2.C, Plaintiff respectfully requests that the Initial Pretrial Conference, presently scheduled for December 5, 2025, at 10:00 a.m., be adjourned to a date in January 2026.

    The requested adjournment is necessary because undersigned counsel has pre-planned travel outside of the United States during the currently scheduled conference date. Plaintiff is unable to obtain Defendant's position on the relief sought as service was only effectuated on November 14, 2025, and Defense Counsel has not yet appeared.

    In light of the above, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference in this Action to a date in January 2026. This is Plaintiff's first request.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Leanna Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705



Shamis & Gentile, P.A.
14 NE 1ˢᵗ Ave, Suite 705 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: lloginov@shamisgentile.com

The Initial Pretrial Conference scheduled for December 5, 2025, is adjourned to **January 9, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  The parties' joint submission, guidelines for which are contained in the Court's September 25, 2025 Order, Dkt. 7, is due **no later than December 30, 2025.**

SO ORDERED.                         11/18/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE