

MEMO ENDORSED

Shamis & Gentile, P.A.
14 NE 1st Ave, Suite 705 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2025

December 18, 2025

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

Re: *Tanilli v. Moinian Development Group, LLC,* No. 1:25-cv-07898

Dear Judge Caproni:

Undersigned counsel represents Plaintiff Maria Tanilli ("Plaintiff") in this Action. Pursuant to this Court's Individual Practices in Civil Cases, Section 2.C, Plaintiff respectfully requests that the Initial Pretrial Conference, presently scheduled for January 9, 2026, at 10:00 a.m., be adjourned to a date following the filing of Defendant's responsive pleading.

The requested adjournment is necessary because counsel for Defendant has informed Plaintiff that their investigation into the Data Incident remains ongoing. Furthermore, as explained in Defendant's December 3, 2025 letter to this Court (ECF No. 16), the Parties are engaged in discussions that may result in the full resolution of this matter. Defendant's Counsel has informed Plaintiff's counsel that they join in this request.

In light of the above, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference in this Action to a date following the filing of Defendant's responsive pleading. This is Plaintiff's second request for adjournment. This request is made in good faith and in the interest of judicial efficiency.

We thank the Court for its consideration of this request.



Shamis & Gentile, P.A.
14 NE 1ˢᵗ Ave, Suite 705 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

Respectfully submitted,

/s/ Leanna Loginov
Leanna Loginov
**SHAMIS & GENTILE, P.A**.
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: lloginov@shamisgentile.com

Application GRANTED.  The Initial Pretrial Conference scheduled for January 9, 2026, is adjourned to **February 13, 2026, at 10:00 a.m.**  The parties' joint submission is due by **February 5, 2026.**

SO ORDERED.                     12/19/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE