**Lowenstein Sandler**

**Kathleen A. McGee**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: (212) 262-6700
**F**: (973) 597-2400
**E**: kmcgee@lowenstein.com

January 28, 2026

**MEMO ENDORSED**

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2026

**Re:    Maria Tanilli v. Moinian Development Group LLC, Civil No. 1:25-cv-7898**

Dear Judge Caproni:

Undersigned counsel represents Defendant Moinian Development Group LLC ("Defendant") in this Action. Pursuant to this Court's Individual Practices in Civil Cases, Section 2.C, Defendant respectfully requests that the Initial Pretrial Conference, presently scheduled for February 13, 2026, at 10:00 a.m., be adjourned to a date following the filing of Defendant's responsive pleading.

The requested adjournment is necessary because Defendant's investigation into the Data Incident remains ongoing. Furthermore, as explained in Plaintiff's December 18, 2025 letter to this Court, (ECF No. 19), the Parties are engaged in discussions that may result in the full resolution of this matter. Plaintiff's Counsel has informed Defendant's Counsel that they join in this request.

In light of the above, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference in this Action to a date in March, following the filing of Defendant's responsive pleading. This is Defendant's second request for adjournment. This request is made in good faith and in the interest of judicial efficiency.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Kathleen A. McGee*
Kathleen A. McGee
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
kmcgee@lowenstein.com
Tel: 212.262.6700

cc:    All counsel of record (via ECF)

Application GRANTED.  The initial pretrial conference scheduled for Friday, February 13, 2026, is adjourned to **Friday, March 27, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties' joint submission is due by **Thursday, March 19, 2026.**

SO ORDERED.                    1/29/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE