

**Kathleen A. McGee**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: (212) 262-6700
**F**: (973) 597-2400
**E**: kmcgee@lowenstein.com

March 13, 2026

**MEMO ENDORSED**

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/16/2026____

**Re:    Maria Tanilli v. Moinian Development Group LLC, Civil No. 1:25-cv-7898**

Dear Judge Caproni:

Undersigned counsel represents Defendant Moinian Development Group LLC ("Defendant") in this Action.  Pursuant to this Court's Individual Practices in Civil Cases, Section 2(C) and 2(D), Defendant respectfully requests that Your Honor stay the case so that the parties may work towards resolving the issue through mediation.  A responsive pleading for Defendant is due March 17, 2026, and this follows the parties' second request for an extension of time.  Furthermore, an Initial Pretrial Conference is scheduled for March 27, 2026.

The requested stay is sought jointly by Plaintiff, Maria Tanilli, by and through undersigned counsel, and Defendant, who are working towards resolving the claims brought in this Litigation through private mediation.  The parties have agreed to mediate with Judge David E. Jones (Ret.) on June 2, 2026.

Accordingly, to avoid any inefficient use of the Court's time and resources, and so the Parties may productively focus on their settlement efforts, the Parties respectfully request that the Court temporarily stay any further action in this matter while the Parties work toward a final resolution of all open issues.  The Parties request that the temporary stay remain in place until June 10, 2026, at which time the Parties will file a joint submission apprising the Court of the outcome of mediation.

We thank the Court for its consideration of this request.

The case is STAYED through June 10, 2026.  **No later than June 10, 2026**, the parties must file a joint letter addressing the outcome of the June 2, 2026, mediation.

SO ORDERED.                                      3/16/2026

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Kathleen A. McGee*
Kathleen A. McGee
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
kmcgee@lowenstein.com
Tel: 212.262.6700

cc:    All counsel of record (via ECF)

NEW YORK    PALO ALTO    NEW JERSEY    UTAH    WASHINGTON, D.C.            Lowenstein Sandler LLP